THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL SIWINSKI, Appellant.— Judgment of conviction by the County Court of Nassau county affirmed. No opinion. Blackmar, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. J. CURRY BARLOW, Relator, v. THE BOARD OF SUPERVISORS OF WESTCHESTER COUNTY, Defendant, and GEORGE C. COWIE, Respondent.— Determination confirmed and writ dismissed, with fifty dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur.

BURTON J. QUINN, Appellant, v. WILLIAM COOKE, Respondent.— Judgment of the County Court of Westchester county unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Kelly, Jaycox, Kelby and Young, JJ.

JOSEPH SCHARF and BENJAMIN AXELROD, Respondents, v. JACOB GLASSER and LEO WEINSTEIN, Appellants.— Judgment reversed on the law and a new trial granted, with costs to abide the event. It was error to exclude the evidence, offered by defendants, that the plaintiffs had failed to perform their contract, in that the goods manufactured were not in accordance with the sample, and were not tendered for delivery in time. (*Dickinson* v. *Tysen*, 209 N. Y. 395, 401; *New York & N. H. Sprinkler Co.* v. *Andrews*, 38 App. Div. 56.) Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur.

JOSEPHINE M. TIERNEY, Respondent, v. WILLIAM VICTORIN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur.

EDWARD L. TRAYNOR, Respondent, v. LINDLEY M. GARRISON, as Receiver of THE NASSAU ELECTRIC RAILROAD COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Jaycox, Kelby and Young, JJ.

CHARLOTTE S. WEISS, Respondent, v. SOL SCHILDKRAUT and Others, Defendants, Impleaded with WILLIAM CROVELLO and ROSE CROVELLO, His Wife, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

*Decisions by the Presiding Justice on Applications to Appeal from the Appellate Term.*

CHARLES DELLINGER, Respondent, v. CHARLES T. MCGLONE, Appellant.— Application denied, with ten dollars costs.

EMAY MOTOR CAR COMPANY, Respondent, v. PETER SPINELL, Appellant.— Application denied, with ten dollars costs.

MY HOME REALTY COMPANY, INC., Respondent, v. TITLE GUARANTEE AND TRUST COMPANY, Defendant. HOMESTEAD BANK OF BROOKLYN, Appellant.— Application denied, with ten dollars costs.

ANNIE COHEN, Appellant, v. ISIDORE PINCUS and Another, Respondents.— Application granted, without costs.